IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **HYDROCHEM, LLC,** | ) |
| | ) |
|     **Third-Party Plaintiff,** | ) |
| | ) |
| vs. | )   **Case No. 3:20-CV-1188-MAB[1]** |
| | ) |
| **MILLER ENVIRONMENTAL, LLC,** | ) |
| | ) |
|     **Third-Party Defendant.** | ) |

# RULE 54(b) JUDGMENT IN A CIVIL ACTION

Hydrochem, LLC's third-party claim against Miller Environmental, LLC for contribution was tried to a jury with Magistrate Judge Mark A. Beatty presiding, and the jury rendered its verdict on April 26, 2023, apportioning 100% of the responsibility to Hydrochem, LLC and 0% to Miller Environmental, LLC (Doc. 256). The jury having rendered a verdict, and the Court having found no just reason for delaying entry of judgment pursuant to Federal Rule of Civil Procedure 54(b) as to the third-party contribution claim, (*see* Doc. 263), **IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Miller Environmental, LLC and against Hydrochem, LLC.

DATED: May 2, 2023

                                    **MONICA A. STUMP,**
                                    **Clerk of Court**

                                    BY:    /s/ Jennifer Jones
                                                 **Deputy Clerk**

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c) (*see* Docs. 17, 49).

APPROVED: /s/ Mark. A. Beatty
**MARK A. BEATTY**
**United States Magistrate Judge**