IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EARL PURSELL, III, and MONICA PURSELL )<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>HYDROCHEM LLC, et al., )<br>)<br>Defendants. | Case No. 3:20-cv-1188-MAB |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Stipulation to Dismiss Some, But Not All, Defendants Without Prejudice (Doc. 8) and accompanying Order filed November 25, 2020 (Doc. 9), Defendants ConocoPhillips Company, Cenovus Energy US LLC, and Phillips 66 WRB Partner, LLC, were **dismissed without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal (Doc. 143) and accompanying Order filed August 18, 2022 (Doc. 150), Defendant PSC Industrial Outsourcing, LP, was **dismissed with prejudice** pursuant to Rule 41(a)(1)(A)(ii).

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Amended Motion to Dismiss Particular Claims and For Good Faith Finding (Doc. 144) and accompanying Order filed August 18, 2022 (Doc. 151), Plaintiffs' claims against Phillips 66 Company and all other claims filed by or against Phillips 66 Company, as well as all

claims against Miller Industrial Services Teams, Inc., were **dismissed with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the oral motion made by Miller Environmental, LLC, and the Court's accompanying oral ruling, as reflected in the Order filed on April 19, 2023 (Doc. 231), Miller Environmental's crossclaim against HydroChem, LLC, was **dismissed with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant the Rule 54(b) judgment entered on May 2, 2023 (Doc. 264) following a jury trial, judgment was entered **in favor of** Miller Environmental, LLC, and against HydroChem, LLC.

**IT IS FURTHER ORDERED AND ADJUDGED** that having been advised the Plaintiffs' claims against HydroChem, LLC, were settled or otherwise resolved, as reflected in the Order dated May 2, 2023 (Doc. 265; *see also* Doc. 263), Plaintiffs' claims against HydroChem, LLC are **dismissed with prejudice**.

Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED**: April 5, 2024

        **MONICA A. STUMP,**
        **Clerk of Court**

        BY:  /s/ Jennifer Jones
             **Deputy Clerk**

**APPROVED:**  /s/ Mark A. Beatty
            **MARK A. BEATTY**
            **United States Magistrate Judge**